USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                    :

CYNTHIA DURAN,                               :

                                              Plaintiff,    :                    1:20-cv-9228-GHW

                                        -v -                          :                   <u>ORDER</u>

M.S.T.A.S. LTD., et al.,                     :

                                    Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was commenced on November 3, 2020.  Dkt. No. 1.  Defendants have not appeared.  A clerk's certificate of default was entered on May 9, 2021.  Dkt. No. 13.  Plaintiff has not taken any action in this case since then.  Plaintiff is directed to submit a status letter to the Court no later than September 2, 2021.  Plaintiff is directed to serve this order on Defendants and to retain proof of service.

       SO ORDERED.

Dated: August 24, 2020
       New York, New York

                                                                                         _____
                                                                                         GREGORY H. WOODS
                                                                          United States District Judge