```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CYNTHIA DURAN,                                                 :
                                                               :
                                        Plaintiff,             :    1:20-cv-9228-GHW
                                                               :
                    -v -                                       :    ORDER
                                                               :
M.S.T.A.S. LTD., et al.,                                       :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 2, 2021, Plaintiff filed a status letter informing the Court that Plaintiff intended to file a motion for default judgment as soon as Plaintiff's counsel recovered power following Hurricane Ida. Dkt. No. 15. The Court has not received that motion for default judgment. The court expects that any motion for default judgment will be filed by September 24, 2021.

SO ORDERED.

Dated: September 10, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge