USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

CYNTHIA DURAN,

                              Plaintiff,

-v -

M.S.T.A.S. LTD., et al.,

                             Defendants.

------------------------------------------------------------ X

1:20-cv-9228-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Plaintiff's motion for default judgment, Dkt. No. 17, is denied. Plaintiff's motion does not comply with the Court's Individual Rules of Practice in Civil Cases, available on the Court's website. If Plaintiff wants to apply for default judgment, Plaintiff is ordered to file an order to show cause pursuant to the procedure set forth in Attachment A to the Court's Individual Rules of Practice in Civil Cases. The Court expects the order to show cause to be filed by October 4, 2021.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

      SO ORDERED.

Dated: September 25, 2021
       New York, New York

                                                          GREGORY H. WOODS
                                                    United States District Judge