**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYNTHIA DURAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>M.S.T.A.S. LTD. /AKA/ STAT MEDICAL ANSWERING SERVICE, AND DAVID KUBE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 1:20-cv-9228-GHW<br><br>**PROPOSED DEFAULT JUDGMENT** |

This action having been commenced on November 3, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant M.S.T.A.S. Ltd. A.K.A. Stat Medical Answering Service ("Stat Medical") and David Kube, on December 7, 2020 by personal service on David Kube, both individually and in his capacity as CEO for defendant Stat Medical, and a proof of service having been filed on December 21, 2020, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $100,000 with interest at 9% from November 3, 2020 amounting to $109,000 plus costs and disbursements of this action in the amount of $700 amounting in all to $109,700.

Dated:  New York, New York

_____

_____
U.S.D.J.

This document was entered on the docket on_____.