USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                :

CYNTHIA DURAN,                                :

                                    Plaintiff,   :      1:20-cv-9228-GHW

                  -v -                    :      <u>ORDER</u>

M.S.T.A.S. LTD., ET AL.,              :

                                Defendants.  :

---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has received Plaintiff's proposed order to show cause, proposed default judgment, statement of damages, and declaration. Dkt. Nos. 21–24. The Court will not act on Plaintiff's proposed order to show cause because Plaintiff has not complied with the Court's Individual Rules of Practice in Civil Cases, available at https://www.nysd.uscourts.gov/hon-gregory-h-woods. Plaintiff is directed to follow the procedure set forth in Attachment A to the Court's Individual Rules of Practice in Civil Cases. Specifically, the Court notes that Plaintiff has not submitted a memorandum of law along with the order to show cause.

      SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                                                        GREGORY H. WOODS
                                                                United States District Judge