USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
CYNTHIA DURAN, :
:
                           Plaintiff, :       1:20-cv-9228-GHW
:
           -v - :       ORDER
:
M.S.T.A.S. LTD., et al., :
:
                        Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     For the reasons stated on the record during the December 9, 2021 teleconference, the Court finds Defendants liable for Plaintiff's first, second, and third causes of action as a result of Defendants' default. The Court found that Plaintiff failed to establish liability with respect to Plaintiff's fourth and fifth causes of action. By separate order entered today, this case is referred to the assigned magistrate judge for an inquest into damages. Plaintiffs are directed to serve a copy of this order on Defendants and/or their counsel.

     SO ORDERED.

Dated: December 9, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge