**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CYNTHIA DURAN,,

                Plaintiff,                20 **CIVIL** 9228 (GHW)

      -against-                      **JUDGMENT**

M.S.T.A.S. LTD. E/aka/ STAT MEDICAL
ANSWERING SERVICE, and DAVID KUBE,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 30, 2023, because Defendants submit no other objections, the Court reviews the R&R for clear error. Having done so, it finds none. See Braunstein v. Barber, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court therefore accepts and adopts the R&R in its entirety. Magistrate Judge Figueredo also recommended an award of prejudgment interest on the unpaid overtime wages, at the statutory rate of 9% a year, from September 30, 2018 to the date of entry of judgement. The Court calculates that prejudgment interest at $11,160.56, for a total award amount of $60,781.66. The Clerk of Court is directed to enter judgment in the amount of $60,781.66 against Defendants. Defendants are jointly and severally liable for that amount. Accordingly, the case is closed.

**Dated:**  New York, New York

October 30, 2023

                                                                               **RUBY J. KRAJICK**
                                                                                **Clerk of Court**

                              **BY:** _____

                                                                                 **Deputy Clerk**